01/2012

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:  )
)
)
VICTOR J. FINI  )  Chapter 13
)  Bankruptcy Case No.
)
Debtor(s)  )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A. [To be completed in all cases]

I (We) _____VICTOR J. FINI_____ and _____, the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my(our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the documents are true and correct.

B. [To be checked and applicable only if the petition is a corporation, partnership, or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

VICTOR J. FINI
Printed or Typed Name of Debtor or Representative     Printed or Typed Name of Joint Debtor

_[signature]_
Signature of Debtor or Representative     Signature of Joint Debtor

Date     Date